

```
ROBERT HAWKINS #131159
CHAPTER 7 TRUSTEE
1849 NORTH HELM, SUITE 110
FRESNO, CALIFORNIA 93727
(559) 255-0555
```

Chapter 7 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 10-12255-B-7F |
| RONALD P. GROW, | DC No. RHT-2 |
| | **TRUSTEE'S MOTION TO SELL PROPERTY OUT OF THE ORDINARY COURSE OF BUSINESS AT PUBLIC AUCTION (11 U.S.C. Sec. 363(b)(1);(f))** |
| Debtor.         / | Date: June 23, 2010<br>Time: 10:00 a.m.<br>Dept: B |

Robert Hawkins, Chapter 7 Trustee, ("Trustee"), moves the Court as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S. C. Section 1334(a). This is a "core" proceeding pursuant to 28 U.S. C. Section 157(b)(2)(A), (N).

2. This case was commenced by the filing of a Chapter 7 petition on March 4, 2010. Robert Hawkins was appointed Chapter 7 Trustee on or about March 4, 2010.

3. Among the assets of the estate are vehicles, miscellaneous agricultural equipment, and office equipment from the debtor's former agricultural supply business.

4. The Trustee wishes to sell the subject asset so that the proceeds can benefit the estate. The Trustee has elected to sell the subject asset by means of a public auction to be held on June 26, 2010 at 9:00 a.m. at Highways 198 & 43, Hanford, California.

5. The Trustee believes that the sale is in the best interests of the estate.

6. The Trustee is informed and believes that the assets to be sold are not subject to any liens.

7. The property proposed to be sold constitutes a portion of the personal property in possession of the debtor at the time the case was filed.

**WHEREFORE**, Movant prays as follows:

1. For an Order approving the public auction sale of the subject property described above to be held on June 26, 2010 at 9:00 a.m. at Highways 198 & 43, Hanford, California; and

2. For such other and further relief as the Court deems just and proper.

**DATED:** MAY 19, 2010

/S/
ROBERT HAWKINS,
Chapter 7 Trustee