FILED
July 21, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003648916

ROBERT HAWKINS #131159
CHAPTER 7 TRUSTEE
1849 NORTH HELM, SUITE 110
FRESNO, CALIFORNIA 93727
(559) 255-0555

Chapter 7 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 10-12255-B-7F |
| RONALD P. GROW, | DC No. RHT-5 |
| | **TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY** 11 U.S.C. §363 |
| Debtor._____/ | Date: August 16, 2011<br>Time: 10:00 a.m.<br>Dept: B |

**TO THE HONORABLE W. RICHARD LEE, UNITED STATES BANKRUPTCY JUDGE:**

Robert Hawkins respectfully represents:

1.  He is the duly appointed, qualified, and acting trustee of the above-entitled estate.

2.  The above-captioned case was filed under Chapter 7 on or about March , 2010, and Robert Hawkins was appointed Chapter 7 Trustee.

3.  This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4.  Among the assets of this estate is a 2007 Chevy Suburban with a fair market value of approximately $8,000.00. The Trustee is informed and believes that the

vehicle is co-owned with the debtor's former spouse, Lois Grow, but is of the opinion that the vehicle is community property.

5. The Trustee has received an offer from Lois Grow to purchase the above-described vehicle for the sum of $5,000.00.

6. In deciding to accept the proposed offer, the Trustee into consideration the fair market value of the vehicle and the costs associated with taking possession of, storing, and selling the vehicle at auction. The Trustee does not believe that the estate would net a higher amount from an auction sale of the vehicle.

7. The Trustee believes that sale of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the Trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described asset to Lois Grow, for the total sum of $5,000.00.

**DATED**: July 20, 2011

                                            /S/Robert Hawkins
                                            ROBERT HAWKINS,
                                            Chapter 7 Trustee